INNPROB12C-W
(11/08)

# United States District Court
## for
### Northern District of Indiana

### Petition for Warrant for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cesar R Leon<br>1916 E Ascot Dr.<br>Edinburg, Texas 78542 | Case Number: 3:13CR00086-001<br><br>SA18-MJ-761 |

Name of Sentencing Judicial Officer: <u>The Honorable Robert L. Miller, Jr.</u>
Name of Assigned Magistrate Judge: <u>The Honorable Michael G. Gotsch, Sr.</u>
Date of Original Sentence: <u>February 25, 2014</u>
Original Offense: <u>Ct. 1: Conspiracy to Distribute Marijuana [21:U.S.C. § 846]; Ct. 2: Structuring Transactions to Evade Reporting Requirements [31 U.S.C. §§ 5324(b)(3) and (d)(1)]</u>
Original Sentence: <u>Ct. 1: 60 Months Bureau of Prisons; Ct. 2: 10 months Bureau of Prisons, served consecutively; 24 Months Supervised Release.</u>
Date of Sentence Reduction: <u>September 1, 2015</u>
Reduced Sentence: <u>Ct. 1: 47 Months Bureau of Prisons; Ct. 2: 10 months Bureau of Prisons, served consecutively; 24 Months Supervised Release.</u>
Type of Supervision: <u>Supervised Release</u>
Date Supervision Commenced: <u>11/18/2016</u>

### PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following conditions of supervision as set forth in the Judgment.

**Mandatory Condition:** The defendant shall not commit another federal, state or local crime.

**Violation No. 1:** On or about July 17, 2017, the defendant committed the offense of Possession of Marijuana, as evidenced by the defendant's arrest by the Elkhart Police Department on that date. He was subsequently charged with Possession of Marijuana (Class B misdemeanor) in Elkhart City Court, Docket No. 20H01-1707-CM-7284. On July 21, 2017, the defendant pleaded guilty and was sentenced to 180 days county jail, 170 days suspended, 10 days served on community oriented work program – to report on July 23, 2017; 12 months reporting probation. On August 1, 2017, the Elkhart County Jail notified the court that the defendant failed to appear to serve the jail time. On August 31, 2017, an affidavit charging violation of probation was filed and a no bond warrant was ordered issued.

**Standard Condition:** The defendant shall not leave the judicial district without the permission of the Court or probation officer.

**Violation No. 1:** On January 18, 2016, defendant Leon was released from the Bureau of Prisons to begin his term of supervised release in the Southern District of Texas. On or about July 17, 2017, the defendant traveled outside the Southern District of Texas, without permission of the Court or his probation officer, as evidenced by unauthorized travel to and arrest in Elkhart, Indiana.

1

Defendant: Cesar Rafael Leon
Docket No.: 3:13CR00086-004

**Standard Condition:** The defendant shall notify the probation officer within ten (10) days of any change of residence or employment.

**Violation No. 1:** On or about July 10, 2017, the defendant failed to notify his probation officer at least 10 days prior to change of residence. On August 3, 2017, U.S. Probation Officer (USPO) Melissa Pena attempted to contact the defendant, telephonically, but all phone numbers had been disconnected. On August 14, 2017, USPO Pena attempted a home contact at the offender's last known address. Nobody answered the door and a card was left. On August 25, 2017, USPO Pena made contact with defendant Leon's mother. She stated that the defendant had been arrested in Indiana on July 17, 2017. He had returned to her home for approximately one week. She had not seen him in the past two weeks and she was unaware of his whereabouts. At this time, the defendant's whereabouts remain unknown to U.S. Probation.

**Standard Condition No. 11:** The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

**Violation No. 1:** On July 20, 2017, the defendant failed to notify his probation officer within seventy-two (72) hours from the date he was arrested by the Elkhart Police Department.

U.S. Probation Officer Recommendation:

The term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 7, 2017

_____
Aaron C. Bucha
U.S. Probation Officer

THE COURT ORDERS:

☐ No action.

☐ The issuance of a summons.

☒ The issuance of a warrant.

☐ Other.

s/Michel G. Gotsch, Sr.
_____
Signature of Judicial Officer

09/21/2017
_____
Date

2

AO 442 (Rev. 11/11) Arrest Warrant    USDC IN/ND case 3:13-cr-00086-RLM-CAN   document 25 (Court only)   filed 09/21/17   page 1 of 2

## UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>**CESAR R LEON**<br><br>*Defendant* | ) SA18-MJ-761<br>)<br>) Case No.  3:13-cr-86<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CESAR R LEON                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Violation of conditions of supervised release as set forth in the petition.


Date:  09/21/2017                                    /s/Robert N. Trgovich
                                                    *Issuing officer's signature*

City and state:   South Bend, IN                     Robert N. Trgovich, Clerk (rmc)
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                    *Arresting officer's signature*

                                                    *Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | SA18-MJ-761 |
|---|---|
| Plaintiff | |
| v. | Case Number 3:13cr86-001 |
| | USM Number 18278-379 |
| CESAR R LEON | |
| Defendant | OSCAR ALVAREZ PHV |
| | Defendant's Attorney |

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to counts 1, 2 of the Information on 7/24/2013.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE MARIJUANA, A SCHEDULE I CONTROLLED SUBSTANCE | 2010 | 1 |
| 31:5324(b)(3) and (d)(1) STRUCTURING TRANSACTIONS TO EVADE REPORTING REQUIREMENTS | October 2009 | 2 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

February 25, 2014
Date of Imposition of Judgment

/s/ Robert L. Miller, Jr.
Signature of Judge

Robert L. Miller, Jr., United States District Judge
Name and Title of Judge

February 26, 2014
Date

Defendant: CESAR R LEON  
Case Number: 3:13cr86-001  
Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **60 months** on Count 1 and **10 months** on Count 2 to be served consecutively for a total term of 70 months.

The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the Bureau of Prisons designate as the place of the defendant's confinement, consistent with the defendant's security classification as determined by the Bureau of Prisons, a facility where he may receive treatment for substance abuse and alcohol abuse.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____ _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
DEPUTY UNITED STATES MARSHAL

Defendant: CESAR R LEON
Case Number: 3:13cr86-001

Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **2 years** subject to the following mandatory, standard and special conditions;

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

The defendant shall submit to one drug test within 15 days of release from imprisonment and two (2) periodic drug tests thereafter, as determined by the Court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

USDC IN/ND case 3:13-cr-00086-RLM-CAN   document 17   filed 02/26/14   page 4 of 7

Defendant: CESAR R LEON  
Case Number: 3:13cr86-001

Page 4 of 7

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the Court or probation officer.
2. The defendant shall report to the probation officer in the manner and as frequently as directed by the Court or probation officer.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support his dependents and meet other family responsibilities.
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer within ten (10) days of any change in residence or employment.
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

## SPECIAL CONDITIONS OF SUPERVISION

Defendant: CESAR R LEON  
Case Number: 3:13cr86-001

Page 5 of 7

The defendant shall participate in a substance abuse treatment program and shall abide by all program requirements and restrictions, which may include testing for the detection of alcohol or drugs of abuse at the direction and discretion of the probation officer. While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in Standard Condition #7. The defendant shall not be allowed to work at a tavern or to patronize taverns or any establishments where alcohol is the principal item of sale. The defendant shall pay all or part of the costs for participation in the program not to exceed the sliding fee scale as established by the Department of Health and Human Services adopted by this court.

The defendant shall enroll in an approved job skill training program within the first six (6) months of supervision at the direction of the probation officer.

USDC IN/ND case 3:13-cr-00086-RLM-CAN   document 17   filed 02/26/14   page 6 of 7

Defendant: CESAR R LEON  
Case Number: 3:13cr86-001

Page 6 of 7

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $200.00 | NONE | NONE |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

### FINE

No fine imposed.

### RESTITUTION

No restitution was ordered.

Defendant: CESAR R LEON  
Case Number: 3:13cr86-001

Page 7 of 7

Name:     CESAR R LEON

Docket No.:     3:13cr86-001

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____   _____
Defendant                                                   Date

_____   _____
U.S. Probation Officer/Designated Witness     Date

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
### CRIMINAL DOCKET FOR CASE #: 3:10-cr-00115-RLM-4

Case title: United States of America v. Fernandez et al

Date Filed: 09/09/2010
Date Terminated: 02/25/2014

Assigned to: Judge Robert L Miller, Jr

**Defendant (4)**

**Cesar R Leon**
*TERMINATED: 02/25/2014*

represented by **Oscar Alvarez PHV**
Law Office of Oscar Alvarez
600 S 11th Street
McAllen, TX 78501
956-686-6330
Fax: 956-687-9840
Email: oscaralvarezlawyer@yahoo.com

*TERMINATED: 02/25/2014*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE NARCOTICS (2) | All Counts DISMISSED pursuant to Government's Motion to Dismiss |
| 21:841(a)(1) AND (b) NARCOTICS (COCAINE) - SELL, DISTRIBUTE, OR DISPENSE; 18:2 AIDING AND ABETTING (6-8) | All Counts DISMISSED pursuant to Government's Motion to Dismiss |
| 18:1956(H) CONSPIRACY TO COMMIT MONEY LAUNDERING; FOREFEITURE ALLEGATION (11) | All Counts DISMISSED pursuant to Government's Motion to Dismiss |

## Highest Offense Level (Terminated)
Felony

## Complaints
None

## Disposition

---

## Material Witness
Agustin Loera-Torres

---

## Plaintiff
**United States of America** represented by **William T Grimmer - AUSA**
US Attorney's Office - SB/IN
M01 Federal Building
204 S Main St
South Bend, IN 46601-2191
574-236-8287 Ext 124
Fax: 574-236-8155
Email: william.grimmer@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2010 | 7 | SEALED SUPERSEDING INDICTMENT as to Ruben Fernandez (1) count(s) 2, 3-8, Maria San Juana Fernandez (2) count(s) 2, 6-8, 11, Carmen Leon (3) count(s) 1s, 2s, 3s-8s, 11s, Cesar R Leon (4) count(s) 2, 6-8, 11, James Ryans (5) count(s) 2, 6-8, 9, 10, 11. (ksc) (jld). (Entered: 12/09/2010) |
| 12/08/2010 | 9 | MOTION to Seal Case until arrest by United States of America as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (ksc) (jld). (Entered: 12/09/2010) |
| 12/08/2010 | 10 | ORDER granting 9 Motion to Seal Case until arrest as to Ruben Fernandez (1), Maria San Juana Fernandez (2), Carmen Leon (3), Cesar R Leon (4), James Ryans (5). Signed by Magistrate Judge Christopher A Nuechterlein on 12/8/10. (ksc) (jld). (Entered: 12/09/2010) |
| 07/18/2012 | 13 | MOTION to Unseal Arrest Warrants by United States of America as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (jld) (jld). (Entered: 07/19/2012) |
| 07/18/2012 | 14 | ORDER granting 13 Motion to Unseal Arrest Warrants 8 Warrant Issued as to Ruben Fernandez (1), Maria San Juana Fernandez (2), Carmen Leon (3), Cesar R Leon (4), James Ryans (5). Signed by Judge Jon E DeGuilio on |

| | | |
|---|---|---|
| | | 7/18/12. (jld) (jld). (Entered: 07/19/2012) |
| 07/26/2012 | | Case unsealed as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans (jld) (Entered: 07/26/2012) |
| 08/10/2012 | 27 | APPLICATION for Attorney Oscar Alvarez to Appear Pro Hac Vice on behalf of Cesar R Leon ; Receipt No. 3004516. (kds) (Entered: 08/13/2012) |
| 08/13/2012 | 30 | ORDER granting 27 Application to Appear Pro Hac Vice of Attorney Oscar Alvarez PHV for Cesar R Leon as to Cesar R Leon (4). Signed by Magistrate Judge Christopher A Nuechterlein on 8/13/2012. (kds) (Entered: 08/14/2012) |
| 08/14/2012 | 31 | ARRAIGNMENT/DETENTION as to Cesar R Leon set for 8/14/2012 02:00 PM in US District Court - South Bend before Magistrate Judge Christopher A Nuechterlein. (slm) (Entered: 08/14/2012) |
| 08/14/2012 | 32 | ARRAIGNMENT as to Cesar R Leon (4) held on 8/14/2012 before Magistrate Judge Christopher A Nuechterlein. Govt appeared by atty William Grimmer. Dft appeared with atty Oscar Alvarez. Dft enters not guilty plea as to all counts. Pretrial Motions due by 8/30/2012. Jury Trial set for 9/25/2012 09:30 AM in US District Court - South Bend before Judge Robert L Miller Jr. Defendant REMANDED to custody of US Marshal.(Tape #FTR 8/14/12.) (slm) (Entered: 08/14/2012) |
| 08/14/2012 | 33 | DISCOVERY ORDER as to Cesar R Leon. Signed by Magistrate Judge Christopher A Nuechterlein on 8/14/12. (slm) (Entered: 08/14/2012) |
| 08/14/2012 | 36 | ARREST Warrant Returned Executed on 7/26/12 in case as to Cesar R Leon. (smp) (Entered: 08/16/2012) |
| 08/15/2012 | 34 | MOTION FOR EXTENSION TO PROVIDE DISCOVERY re 33 Order, 24 Order, 23 Order by United States of America as to Ruben Fernandez, Cesar R Leon, James Ryans. (Grimmer - AUSA, William) (Entered: 08/15/2012) |
| 08/23/2012 | 40 | MOTION for Extension of Time to File by Cesar R Leon. (Alvarez PHV, Oscar) (Entered: 08/23/2012) |
| 08/23/2012 | 41 | ORDER granting 38 Motion for Extension of Time to File as to Ruben Fernandez (1). Pretrial Motions due by 9/11/2012.. Signed by Judge Robert L Miller, Jr on 8/23/12. (jld) (Entered: 08/23/2012) |
| 08/28/2012 | 42 | ORDER granting in part 40 Motion for Extension of Time to File as to Cesar R Leon (4) but DENYING in part to the extent it seeks an extension beyond the trial date. Pretrial Motions due by 9/11/2012.. Signed by Judge Robert L Miller, Jr on 8/28/12. (jld) (Entered: 08/28/2012) |
| 08/30/2012 | 43 | ORDER granting 34 Motion for Extension of Time to Provide Discovery as to Ruben Fernandez (1), Cesar R Leon (4), James Ryans (5). Govt to provide discovery to defendants by 9/12/2012.. Signed by Judge Robert L Miller, Jr on 8/30/12. (jld) (Entered: 08/30/2012) |
| 09/06/2012 | 46 | MOTION MOTION FOR ENDS OF JUSTICE FINDING AND CONTINUANCE OF TRIAL DATE by United States of America as to |

| | | |
|---|---|---|
| | | Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (Grimmer - AUSA, William) (Entered: 09/06/2012) |
| 09/11/2012 | 47 | ORDER : re: 46 Motion to Continue Trial as to Ruben Fernandez (1), Cesar R Leon (4), James Ryans (5). Hearing on motion to continue is set for 9/17/2012 at 1:30 PM (EDT) in US District Court - South Bend before Judge Robert L Miller Jr.. Signed by Judge Robert L Miller, Jr on 9/11/12. (jld) Modified on 9/12/2012 - this order did not grant the motion to continue, it only sets the hearing on the motion. (jld). (Entered: 09/11/2012) |
| 09/11/2012 | 48 | MOTION for Extension of Time to File *pre-trial motions* by Cesar R Leon. (Alvarez PHV, Oscar) (Entered: 09/11/2012) |
| 09/12/2012 | 49 | MOTION for Protective Order by United States of America as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (Grimmer - AUSA, William) (Entered: 09/12/2012) |
| 09/12/2012 | 50 | MOTION to Seal *Affidavit* by United States of America as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (Grimmer - AUSA, William) (Entered: 09/12/2012) |
| 09/12/2012 | 51 | NOTICE OF MANUAL FILING of Affidavit of Troy Walker by United States of America as to Ruben Fernandez, Maria San Juana Fernandez, Carmen Leon, Cesar R Leon, James Ryans (Grimmer - AUSA, William) (Entered: 09/12/2012) |
| 09/17/2012 | 52 | MOTIONS HEARING held on 9/17/2012 re 46 MOTION FOR ENDS OF JUSTICE FINDING AND CONTINUANCE OF TRIAL DATE filed by United States of America, 49 MOTION for Protective Order filed by govt, 48 MOTION for Extension of Time to File *pre-trial motions* filed by Cesar R Leon & 50 MOTION to Seal *Affidavit* filed by govt before Judge Robert L. Miller, Jr.: parties present; the court hears from parties and GRANTS all motions; the court enters an ends of justice finding under 18 U.S.C. §3161(h)(7); Govt makes oral motion for disclosure of individual tax returns to each defendant; with no objections from defendants, the oral motion is GRANTED. Pretrial Motions now due by 11/30/2012. Jury Trial (4-6 weeks) previously set 9/25/12 is RESET for 2/19/2013 at 9:30 AM (EST) in US District Court - South Bend before Judge Robert L Miller Jr. Govt appeared by atty Bill Grimmer. Atty Richard Dvorak appears for Ruben Fernandez (01); Oscar Alvarez appears for Cesar Leon (4), and Jay Stevens appears on behalf of Bob Truitt for James Ryans. Defendants REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (jld) (Entered: 09/17/2012) |
| 10/12/2012 | 58 | MOTION to Review and Revoke Order of Detention by Cesar R Leon. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Alvarez PHV, Oscar) (Entered: 10/12/2012) |
| 10/17/2012 | 61 | NOTICE OF HEARING ON MOTIONS in case as to Ruben Fernandez, Cesar R Leon, James Ryans 58 re MOTION to Review and Revoke Order of Detention, 60 MOTION to Continue *Trial* : Motions Hearing set for 10/23/2012 at 9:00 AM (EST) in US District Court - South Bend before Judge |

| | | |
|---|---|---|
| | | Robert L Miller Jr. (jld) (Entered: 10/17/2012) |
| 10/19/2012 | 62 | MOTION TO SUBMIT TRANSCRIPT re 61 Notice of Hearing on Motion, by United States of America as to Cesar R Leon. (Grimmer - AUSA, William) (Entered: 10/19/2012) |
| 10/19/2012 | 63 | ORDER granting 62 Motion to submit copy of Transcript from Detention Hearing in the State of Texas as to Cesar R Leon (4). Signed by Judge Robert L Miller, Jr on 10/19/12. (jld) (Entered: 10/19/2012) |
| 10/22/2012 | 64 | MOTION to Withdraw as Attorney by Alfredo Acosta and Richard Dvorak. by Ruben Fernandez as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (Acosta PHV, Alfredo) (Entered: 10/22/2012) |
| 10/23/2012 | 65 | MOTION HEARING as to Ruben Fernandez (01), Cesar R Leon (04), James Ryans (05) held on 10/23/2012 re 64 MOTION to Withdraw as Attorney by Alfredo Acosta and Richard Dvorak filed by Ruben Fernandez (01) and 60 MOTION to Continue *Trial* filed by James Ryans (05) before Judge Robert L Miller, Jr. Govt appeared by atty William Grimmer. Dft Ruben Fernandez (01) with attys Alfredo Acosta and Richard Dvorak, Cesar R Leon (04) with atty Oscar Alvarez, & James Ryans (05) with atty Anthony Kowals. Parties present, Court hears from parties re 60 Motion to Continue Trial and with no objections GRANTS the motion; for the reasons stated in open court the court makes an end of justice fining; VACATING the 2/19/12 jury trial and RESETTING the 6-week jury trial for 3/19/2012 at 9:30 AM (ET) in US District Court - South Bend before Judge Robert L Miller Jr. The court places deft Ruben Fernandez (01) under oath in re 64 MOTION to Withdraw as Attorney by Alfredo Acosta and Richard Dvorak and request to appoint counsel; with no objections from parties the motion will be granted once new counsel has entered his or her appearance; matter referred to the Federal Community Defender's Inc. for appointment of new counsel Defendants REMANDED to custody of US Marshal.(Court Reporter D. Bonk) (jld) (Entered: 10/23/2012) |
| 10/23/2012 | 66 | MOTION HEARING as to Cesar R Leon held on 10/23/2012 re 58 MOTION to Review and Revoke Order of Detention filed by Cesar R Leon before Judge Robert L Miller, Jr. Govt appeared by atty William Grimmer. Dft appeared by atty Oscar Alvarez. Aaron Bucha appeared on behalf of U S Probation/Pretrial Services. Parties present; court hears arguments; for the reasons stated in open court the motion was DENIED. Defendant REMANDED to custody of US Marshal.(Court Reporter D. Bonk.) (jld) (Entered: 10/23/2012) |
| 10/23/2012 | 67 | EXHIBIT LIST as to Cesar R Leon (04) (jld) (Entered: 10/23/2012) |
| 11/14/2012 | 77 | ORDER granting 76 Motion for Extension of Time to File as to James Ryans (5): Pretrial Motions due by 12/30/2012.. Signed by Judge Robert L Miller, Jr on 11/14/12. (jld) (Entered: 11/15/2012) |
| 11/30/2012 | 78 | MOTION for Extension of Time to File by Cesar R Leon. (Alvarez PHV, Oscar) (Entered: 11/30/2012) |

| | | |
|---|---|---|
| 12/05/2012 | 79 | ORDER granting 78 Motion for Extension of Time to File as to Cesar R Leon (4). Pretrial Motions due by 12/30/2012. Signed by Judge Robert L Miller, Jr on 12/5/2012. (kds) (Entered: 12/05/2012) |
| 01/24/2013 | 82 | MOTION to Continue by Cesar R Leon. (Alvarez PHV, Oscar) (Entered: 01/24/2013) |
| 01/25/2013 | 83 | NOTICE OF HEARING ON MOTION as to Carmen Leon (3), Ruben Fernandez (01), Maria San Juana Fernandez (02), Cesar R Leon (4), James Ryans (5) 82 MOTION to Continue : Motion Hearing set for 2/22/2013 09:00 AM (EST) in US District Court - South Bend before Judge Robert L Miller Jr. (dk) (Entered: 01/25/2013) |
| 01/30/2013 | | Set/Reset Hearings as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon: Motion Hearing reset to 2/26/2013 9:00 AM in US District Court - South Bend before Judge Robert L Miller Jr. (kds) (Entered: 02/20/2013) |
| 02/22/2013 | 86 | NOTICE TO COURT by United States of America as to Ruben Fernandez, Maria San Juana Fernandez, Carmen Leon, Cesar R Leon, James Ryans (Grimmer - AUSA, William) (Entered: 02/22/2013) |
| 02/26/2013 | 89 | MOTION HEARING as to Ruben Fernandez (01), Cesar R Leon (04), James Ryans (05) held on 2/26/2013 before Judge Robert L Miller, Jr. Govt appeared by atty William Grimmer. Dft Ruben Fernandez appeared with atty Michael Tuszynksi, Dft Cesar Leon appeared with atty Oscar Alvarez, Dft James Ryans appeared with atty Anthony Kowals re 82 MOTION to Continue filed by Cesar R Leon; Parties present; Arguments heard; 82 Motion to Continue Trial GRANTED. Jury Trial set for 3/19/2013 is vacated; 3 week Jury Trial RESET for 9/3/2013 09:30 AM (EST) in US District Court - South Bend before Judge Robert L Miller Jr. For reasons stated, the court enters an ends of justice finding under the Speedy Trial Act, 18 U.S.C. 3161(h)(7). Defendants REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 02/26/2013) |
| 06/03/2013 | 110 | MOTION for Writ of Habeas Corpus ad testificandum by United States of America as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (Grimmer - AUSA, William) (Entered: 06/03/2013) |
| 06/03/2013 | 111 | ORDER granting 110 Motion for Writ of Habeas Corpus Ad Testificandum as to Ruben Fernandez (1), Maria San Juana Fernandez (2), Carmen Leon (3), Cesar R Leon (4), James Ryans (5) for prisoner Agustin Loera-Toress to be a witness for trial set for 9/3/2013. Signed by Judge Robert L Miller, Jr on 6/3/2013. (kds) (cc: 3 ctf USM) (Entered: 06/04/2013) |
| 06/13/2013 | 112 | MOTION for Material Witness Warrant Warrant for Agustin Loera-Torres byUnited States of America. (Grimmer - AUSA, William) (Entered: 06/13/2013) |
| 07/03/2013 | 114 | NOTICE OF HEARING as to Material Witness 113 Warrant Issued :. Initial |

| | | |
|---|---|---|
| | | Appearance as to Agustin Loera set for 7/8/2013 03:00 PM in US District Court - South Bend before Magistrate Judge Christopher A Nuechterlein. (slm) (Entered: 07/03/2013) |
| 07/03/2013 | 115 | ORDER GRANTING APPOINTMENT OF COUNSEL as to Agustin Loeisa, Material Witness in the case of USA v Fernandez et al. Signed by Magistrate Judge Christopher A Nuechterlein on 7/3/13. (slm) (Entered: 07/03/2013) |
| 07/08/2013 | 117 | PRETRIAL BOND REPORT as to **Material Witness Augstin Loera**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (USPO Martin - lesley_martin@innp.uscourts.gov, fax 574-246-8353) (Entered: 07/08/2013) |
| 07/08/2013 | 118 | INITIAL APPEARANCE/DETENTION as to Agustin Loera-Torres (Material Witness) held on 7/8/2013 before Magistrate Judge Christopher A Nuechterlein. Govt appeared by atty W Grimmer. Dft appeared by atty M Lenyo. L Martin appeared on behalf of U S Pretrial Services. TIP J Palma. Parties stipulate to detention and waive full hearing.Dft stip to being detained with the right to revisit for modification of conditions at another time. Court orders defendant be held without bond pending trial where he is to be a material witness. (TEXT ONLY ENTRY) Defendant REMANDED to custody of US Marshal.(Tape #FTR 7/8/13.) (slm) (Entered: 07/08/2013) |
| 07/09/2013 | 119 | ARREST OF A WITNESS OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE Warrant Returned Executed on 7/8/2013 in case as to Agustin Loera-Torres. (lyb) (Entered: 07/09/2013) |
| 07/16/2013 | 121 | MOTION to Sever Defendant *Maria San Juana Fernandez* by United States of America as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (Grimmer - AUSA, William) (Entered: 07/16/2013) |
| 07/24/2013 | 126 | NOTICE OF HEARING as to Cesar R Leon (4). Change of Plea Hearing set for 7/24/2013 01:15 PM in US District Court - South Bend before Judge Robert L Miller Jr. (dk) (Entered: 07/24/2013) |
| 07/24/2013 | 131 | HEARING as to Cesar R Leon (4) held on 7/24/2013 before Judge Robert L Miller, Jr. Govt appeared by atty William Grimmer. Dft appeared with atty Oscar Alvarez. TIP Interpreter Esther Hermida present and sworn. In light of the acceptance of the guilty plea in cause 3:13cr86, the Court severs this defendant from the 9/3/2013 trial and continues the case under 18 USC Section 3161(h)(1)(g). Status Conference set for 12/9/2013 01:30 PM in US District Court - South Bend before Judge Robert L Miller Jr. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 07/25/2013) |
| 07/24/2013 | | Terminate Deadlines as to Cesar R Leon (04): (dk) (Entered: 07/25/2013) |

| | | |
|---|---|---|
| 07/31/2013 | 137 | MOTION to Dismiss *Superseding Indictment* by United States of America as to Cesar R Leon. (Grimmer - AUSA, William) (Entered: 07/31/2013) |
| 09/16/2013 | 142 | MOTION FOR STATUS HEARING ON MATERIAL WITNESS re 113 Warrant Issued, 112 MOTION for Material Witness Warrant Warrant for Agustin Loera-Torres byUnited States of America by United States of America as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (Grimmer - AUSA, William) (Entered: 09/16/2013) |
| 09/17/2013 | 144 | NOTICE OF HEARING ON MOTION in case as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans 142 MOTION FOR STATUS HEARING ON MATERIAL WITNESS re 113 Warrant Issued, 112 MOTION for Material Witness Warrant Warrant for Agustin Loera-Torres by United States of America : Motion Hearing set for 9/18/2013 01:15 PM in US District Court - South Bend before Judge Robert L Miller Jr. Witness Agustin Loera-Torres to be present. Defendants need not be present. (dk) (Entered: 09/17/2013) |
| 09/18/2013 | 145 | MOTION HEARING held on 9/18/2013 re 142 MOTION FOR STATUS HEARING ON MATERIAL WITNESS re 113 Warrant Issued, 112 MOTION for Material Witness Warrant Warrant for Agustin Loera-Torres by United States of America filed by United States of America before Judge Robert L Miller, Jr. Govt appeared by atty William Grimmer. Material witness Agustin Loera-Torres appeared with atty Mark Lenyo. TIP Interpreter Patricia Bianchi present and sworn. Parties present. Arguments heard. For reasons stated, warrant for material witness continued to 1/14/2014. Status Conference set for 1/14/2014 09:00 AM in US District Court - South Bend before Judge Robert L Miller Jr. Material witness Agustin Loera-Torres to be present. Defendants need not be present. Witness REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 09/18/2013) |
| 11/12/2013 | 152 | NOTICE OF FILING *of an Agreed Motion for Continuance* by Cesar R Leon. (Alvarez PHV, Oscar) Modified on 11/13/2013 to term as this is not a motion and to reflect actual title of pleading (rmn). (Entered: 11/12/2013) |
| 11/12/2013 | 153 | AGREED MOTION *FOR CONTINUANCE* by Cesar R Leon. (Alvarez PHV, Oscar) Modified on 11/13/2013 to reflect actual title of pleading (rmn). (Entered: 11/12/2013) |
| 11/12/2013 | 154 | NOTICE *of filing Agreed Motion for Continuance* (Alvarez PHV, Oscar) Modified on 11/13/2013 to reflect actual title of pleading (rmn). (Entered: 11/12/2013) |
| 11/12/2013 | 155 | MOTION Agreed Motion for Continuance by Cesar R Leon. (Alvarez PHV, Oscar) (Entered: 11/12/2013) |
| 11/15/2013 | 156 | ORDER as to Cesar R Leon GRANTING 153 MOTION filed by Cesar R Leon, and 155 MOTION Agreed Motion for Continuance filed by Cesar R Leon; RE-SETTING Sentencing Hearing for Cesar R Leon for 1/21/2014 01:00 PM in US District Court - South Bend before Judge Robert L Miller Jr. |

| | | |
|---|---|---|
| | | Signed by Judge Robert L Miller, Jr on 11/15/2013. (lyb) (Entered: 11/16/2013) |
| 11/19/2013 | 159 | NOTICE as to Cesar R Leon (04): Status Conference set for 1/21/2014 is RESET to 2/25/2014 01:00 PM (EST) in US District Court - South Bend before Judge Robert L Miller Jr. (dk) (Entered: 11/19/2013) |
| 11/19/2013 | 160 | MOTION FOR CHANGE OF HEARING ON MATERIAL WITNESS re 145 Motion Hearing, Set Hearings,,,,,, by United States of America as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans. (Grimmer - AUSA, William) (Entered: 11/19/2013) |
| 11/26/2013 | 169 | ORDER GRANTING 160 Motion Change of Hearing on Material Witness as to Ruben Fernandez (1), Maria San Juana Fernandez (2), Carmen Leon (3), Cesar R Leon (4), James Ryans (5); Status Hearing RESET to 12/19/2013 01:15 PM in US District Court - South Bend before Judge Robert L Miller Jr. Signed by Judge Robert L Miller, Jr on 11/26/2013. (lyb) (Entered: 11/26/2013) |
| 12/19/2013 | 177 | STATUS CONFERENCE as to Material Witness Agustin Loera-Torres held on 12/19/2013 before Judge Robert L Miller, Jr. Govt appeared by atty William Grimmer. Material Witness appeared with atty Mark Lenyo. TIP Interpreter Angeles Estrada sworn. Parties present. Arguments heard. For reasons stated, detention of material witness continued. Status Conference set for 3/3/2014 09:00 AM in US District Court - South Bend before Judge Robert L Miller Jr. Witness REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 12/19/2013) |
| 02/24/2014 | 188 | NOTICE *OF FILING* (Attachments: # 1 Exhibit)(Alvarez PHV, Oscar) (Entered: 02/24/2014) |
| 02/25/2014 | 197 | ORDER GRANTING 137 Motion to Dismiss Superseding Indictment as to Cesar R Leon (4). Signed by Judge Robert L Miller, Jr on 02/25/2014. (lyb) (Entered: 02/26/2014) |
| 03/03/2014 | 198 | STATUS CONFERENCE as to Material Witness Agustin Loera-Torres held on 3/3/2014 before Judge Robert L Miller, Jr. Govt appeared by atty W. Grimmer. Material witness appeared with atty M. Lenyo. TIP Interpreter L. Garcia-Hein sworn. Parties present. After discussions and for reasons stated, material witness warrant is VACATED. Witness released from detention in criminal cause no. 3:10cr115. Material witness REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 03/03/2014) |
| 03/03/2014 | 199 | Writ of Habeas Corpus ad Testificandum for Agustin Loera-Torres Returned Unexecuted in case as to Carmen Leon, Ruben Fernandez, Maria San Juana Fernandez, Cesar R Leon, James Ryans (kds) (Entered: 03/05/2014) |

**PACER Service Center**

**Transaction Receipt**

| 06/12/2018 10:46:39 | | | |
|---|---|---|---|
| **PACER Login:** | libraryus4502:2653874:0 | **Client Code:** | null |
| **Description:** | Docket Report | **Search Criteria:** | 3:10-cr-00115-RLM |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |